11th
Court of Appeals

                                                                  Eastland,
Texas

                                                             Memorandum
Opinion

 

Jeff Johnson, Executor of the Estate of C. J.
Cornett, Deceased

Appellant

Vs.                   No. 11-03-00128-CV B Appeal from Taylor County

Jerrell Walker

Appellee

 

Appellant has filed in this court a motion to
dismiss the appeal.  Appellant states
that there is no longer a controversy between the parties and requests that
this appeal be dismissed with prejudice. 
The motion is granted. 
TEX.R.APP.P. 42.1.

The appeal is dismissed with prejudice.

 

PER CURIAM

 

June 26, 2003

Not designated for publication.  See TEX.R.APP.P. 47.2(a).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.